# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTINA KANG,**

    **Plaintiff,**

**v.**                                     **Case No: 6:18-cv-640-Orl-28TBS**

**AMERICAN CREDIT ACCEPTANCE, LLC,**

    **Defendant.**

## ORDER

This case is before the Court on the Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case (Doc. 5). Upon consideration, it is **ORDERED** as follows:

1. The parties' Joint Stipulation (Doc. 5) is **GRANTED**.

2. This case is **STAYED** pending arbitration of this case.

3. The parties shall file a joint status report regarding the progress of the arbitration on or before **July 30, 2018**, and every sixty days thereafter until the arbitration is concluded or the case is otherwise resolved.

4. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 2, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record