UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINA KANG,

   Plaintiff,

-vs-                                                 CASE NO.: 6:18-CV-00640-JA-TBS

AMERICAN CREDIT
ACCEPTANCE, LLC,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      **COMES NOW** the Plaintiff, CHRISTINA KANG, and the Defendant, AMERICAN CREDIT ACCEPTANCE, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

      Respectfully submitted this 4th day of September, 2018.

| | |
|---|---|
| */s/Jason R. Derry* | */s/Matthew T. Mitchell* |
| Jason R. Derry (FL Bar # 36970) | Matthew T. Mitchell (FL Bar # 18319) |
| MORGAN & MORGAN, TAMPA, P.A. | Jacqueline Simms-Petredis (FL Bar # 0906751) |
| One Tampa City Center | BURR & FORMAN LLP |
| 201 North Franklin Street, 7th Floor | 201 North Franklin Street, Suite 3200 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone: (813) 223-5505 | Telephone: (813) 221-2626 |
| jderry@forthepeople.com | mmitchell@burr.com |
| Attorney for Plaintiff | jsimms-petredis@burr.com |
| CHRISTINA KANG | Attorneys for Defendant |
| | AMERICAN CREDIT ACCEPTANCE, LLC |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Matthew Mitchell, Esquire and Jacqueline A. Simms-Petredis, Esquire, Burr & Forman LLP, 201 North Franklin Street Suite 3200, Tampa, FL  33602 (mmitchell@burr.com and jsimms-petredis@burr.com).

      */s/Jason R. Derry*
      Jason R. Derry (FL Bar # 36970)
      Attorney for Plaintiff