**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHRISTINA KANG,**

       **Plaintiff,**

**v.**                                              **Case No: 6:18-cv-640-Orl-28TBS**

**AMERICAN CREDIT ACCEPTANCE, LLC,**

       **Defendant.**

_____

## ORDER

In light of the Joint Stipulation of Dismissal with Prejudice (Doc. 10), the Clerk is directed to lift the stay and administrative closure of this case and then to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on September 5, 2018.

                                                  JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record